UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESAM MAHMOUD,<br><br>                                 Plaintiff,<br><br>   v.<br><br>EL POLLO LOCO, INC.,<br><br>                                 Defendant. | Case No. 2:14-cv-00357-GMN-PAL<br><br>ORDER |

This matter is before the court on the parties' Notice of Resolution (Dkt. #15) filed August 25, 2014. The parties represent they have reached a settlement of this matter, and they expect to be able to submit dismissal paperwork for the court's approval within the next thirty days.

Having reviewed and considered the matter,

**IT IS ORDERED** that the parties shall file a stipulation for dismissal of this action no later than **September 29, 2014.** In the event the parties are unable to do so, they shall file a joint status report with the court no later than **September 29, 2014,** advising the court of the status of their settlement negotiations and when they expect to file a stipulation for dismissal.

Dated this 5th day of September, 2014.

PEGGY A. LEEN
UNITED STATES DISTRICT JUDGE